CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants,
Dave Howard, Individually; Rocklin Properties, LLC dba Central Rocklin Self Storage

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>            Plaintiff,<br><br>      v.<br><br>Dave Howard, Individually and dba Central Rocklin Self Storage; Rocklin Properties, LLC, a California limited liability company,<br><br>            Defendants. | Case No. 09-cv-01885-JAM-EFB<br><br>**STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS AND PROPOSED ORDER** |

   WHEREAS, Defendants Dave Howard, Individually and Rocklin Properties, LLC dba Central Rocklin Self Storage and Plaintiff Scott N. Johnson have settled all claims between them, Defendants through their undersigned counsel and Plaintiff hereby stipulate that all claims against Defendants, Dave Howard and Rocklin Properties, LLC dba Central Rocklin Self Storage be dismissed with prejudice.

   IT IS SO STIPULATED.

-1-
*Stipulation for Dismissal*        2:09-cv-01885-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com

```
 1
 2  Dated: January 6, 2010                    VAUGHAN & ASSOCIATES
 3
 4
                                              By: /s/ Cris C. Vaughan
 5                                                CRIS C. VAUGHAN
                                                  Attorney for Defendants,
 6                                                Dave Howard; Rocklin Properties, LLC,
 7                                                dba Central Rocklin Self Storage
 8
 9  Dated: January 6, 2010                    DISABLED ACCESS PREVENTS INJURY, INC.
10
                                              By: /s/ Scott N. Johnson
11                                                SCOTT N. JOHNSON
12                                                Attorney for Plaintiff
13
14                                  ORDER
15      IT IS SO ORDERED
16
17  Dated: January 7, 2010
18
                                              /s/ John A. Mendez
19                                            JOHN A. MENDEZ
20                                            JUDGE, U.S. DISTRICT COURT
```

-2-
*Stipulation for Dismissal*                              2:09-cv-01885-JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com